**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE:  Kenneth Brown | CHAPTER 13 |
| 12006 Southview Street | |
| Houston, TX  77047 | CASE NO. 18-32922-H1 |
| DEBTOR | |

---

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN,**
**(2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE,**
**(4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING**
**ADMINISTRATION OF CASE**

---

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The hearing will take place on August 29, 2018 at  9:00 am at U.S. Bankruptcy Court, 515 Rusk, Room 404, 4th Floor, Houston, TX  77002-0000.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan.  This cover sheet serves as a summary of the plan.  A complete copy of the proposed plan is available from clerk of the Court or the Debtor(s) Attorney.  The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors.  The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

Dated: 06/27/2018

/s/ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

Debtor(s):   **Kenneth Brown**                                    Case No:

# Exhibit "A"
# Plan Summary for Proposed Plan

### Disposable Income and Plan Payments

| (A) Projected Schedule "I" Income (From most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (From most recently filed Schedule J) | (C) Projected Disposable Income ( Column A minus Column B) | (D) Payment Amount to Trustee | (E) Beg. Month #* | (F) Ending Month # | (G) Payments for the Benefit of Creditors and for Reserves** | | (H) Savings Fund*** Deposits Established Under Plan (Column D minus Column G) | | (I) Total Monthly Trustee Payments (Column D multiplied by number of months paid) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Per Month | Total | Per Month | Total | |
| $2,464.00 | $900.00 | $1,564.00 | $1,560.00 | 1: 07/18 | 60: 06/23 | $1,560.00 | $93,600.00 | $0.00 | $0.00 | $93,600.00 |
| | | | Grand Total | | | | $93,600.00 | | $0.00 | $93,600.00 |
| | | | Less Posted Chapter 13 Trustee Fee**** | | | | $5,569.20 | | | |
| | | | Net Available | | | | $88,030.80 | | | |

\* This is the month in which the first payment is due for this amount.  The Debtor(s) must commence payments not later than 30 days after the petition date.

\*\* Reserves are established under Paragraph 23 of the Plan.

\*\*\* Savings funds are funds established under Paragraph 22 of the Plan.

\*\*\*\* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Debtor(s): **Kenneth Brown**                                    Case No:

---

**Projected Trustee Disbursements to Secured Creditors**

| Name of Holder / Description of Collateral | Claim | Plan Int. Rate | Monthly Payment Amount | Starting Month # | Ending Month # | Total |
|---|---|---|---|---|---|---|
| **Harris County** **Homestead** Treated under Plan Section: **8A** | | | | | | |
| Check One: ☐ Surrendered  ☐ Transferred  ☐ Retained (paid direct)  ☒ Retained (paid through Trustee)* | | | | | | |
| Cure Claim | | | | | | |
| Monthly Payment | | | | | | |
| Total Debt Claim | $1,280.17 | 12.00% | $20.42 $35.73 $1.57 | 9 10 59 | 9 58 59 | $20.42 $1,750.77 $1.57 |
| Monthly Refinance Payment (¶ 8B) | | | | | | |
| Name of Holder / Description of Collateral | Claim | Plan Int. Rate | Monthly Payment Amount | Starting Month # | Ending Month # | Total |
| **Sortis Financ Fka Csls** **Homestead** Treated under Plan Section: **8A** | | | | | | |
| Check One: ☐ Surrendered  ☐ Transferred  ☐ Retained (paid direct)  ☒ Retained (paid through Trustee)* | | | | | | |
| Cure Claim | $14,130.55 | 0.00% | $206.05 $283.90 $13.40 | 9 10 59 | 9 58 59 | $206.05 $13,911.10 $13.40 |
| Monthly Payment | $91,081.35 | 0.00% | $746.40 | 1 | 60 | $44,784.00 |
| Total Debt Claim | | | | | | |
| Monthly Refinance Payment (¶ 8B) | | | | | | |
| Name of Holder / Description of Collateral | Claim | Plan Int. Rate | Monthly Payment Amount | Starting Month # | Ending Month # | Total |
| **Jefferson Capital Systems, LLC** **2010 Toyota Tacoma** Treated under Plan Section: **11** | | | | | | |
| Check One: ☐ Surrendered  ☐ Transferred  ☐ Retained (paid direct)  ☒ Retained (paid through Trustee)* | | | | | | |
| Cure Claim | | | | | | |
| Monthly Payment | | | | | | |
| Total Debt Claim | $19,277.52 | 5.50% | $112.45 $173.34 $8.16 | 9 10 59 | 9 58 59 | $112.45 $8,493.66 $8.16 |
| Monthly Refinance Payment (¶ 8B) | | | | | | |
| **Total of Payments to Secured Creditors** | | | | | | **$69,301.58** |

* Amounts for Cure Claims, Monthly Payments, Total Debt Claims and Monthly Refinance Payments should be listed only if the box for "Retained (paid through Trustee)" is checked.

Debtor(s):  **Kenneth Brown**                                    Case No:

### Projected Trustee Disbursements to Priority Creditors

| Name of Holder / Nature of Priority (Taxes, Attorneys Fees, DSO, etc.) | Claim | Int. Rate | Monthly Payment Amount | Beg. Month # | End Month # | Total |
|---|---|---|---|---|---|---|
| **Baker & Associates** **Attorney Fees** Treated under Plan Section: **6** | **$5,100.00** | **0.00%** | **$614.09** **$187.28** | **1** **9** | **8** **9** | **$4,912.72** **$187.28** |
| **Internal Revenue Service** **Taxes** Treated under Plan Section: **6** | **$1,121.00** | **0.00%** | **$16.34** **$22.53** **$0.69** | **9** **10** **59** | **9** **58** **59** | **$16.34** **$1,103.97** **$0.69** |
| **Internal Revenue Service - 2014** **Taxes** Treated under Plan Section: **6** | **$1,110.06** | **0.00%** | **$16.19** **$22.31** **$0.68** | **9** **10** **59** | **9** **58** **59** | **$16.19** **$1,093.19** **$0.68** |
| **Internal Revenue Service - 2015** **Taxes** Treated under Plan Section: **6** | **$1,044.64** | **0.00%** | **$15.23** **$20.99** **$0.90** | **9** **10** **59** | **9** **58** **59** | **$15.23** **$1,028.51** **$0.90** |
| **Internal Revenue Service - 2016** **Taxes** Treated under Plan Section: **6** | **$2,752.00** | **0.00%** | **$40.13** **$55.29** **$2.66** | **9** **10** **59** | **9** **58** **59** | **$40.13** **$2,709.21** **$2.66** |
| **Total of Payments to Priority Creditors** | | | | | | **$11,127.70** |

### Projected Trustee Reserve Funds

| Reserve Fund Type (Ad Valorem Taxes, Insurance, HOA) | Total |
|---|---|
| **Ad Valorem Taxes (Reserve Account - Ad Valorem Taxes)** | **$6,401.40** |
| **Total of Reserve Funds** | **$6,401.40** |

### SUMMARY

| | | |
|---|---|---|
| 1 | Total Payments to Trustee | **$93,600.00** |
| 2 | Less Total Savings Fund Deposits | **$0.00** |
| 3 | Net Trustee Payments (Line 1 minus line 2) | **$93,600.00** |
| 4 | Less Posted Chapter 13 Trustee Fee | **$5,569.20** |
| 5 | Less Total Payments by Trustee to Secured Creditors | **$69,301.58** |
| 6 | Less Total Payments by Trustee to Priority Creditors (§§507(a)(1) - (a)(10)) | **$11,127.70** |
| 7 | Less Total Reserve Funds | **$6,401.40** |
| 8 | Net Available for General Unsecured Creditors (Line 3 minus lines 4-7) | **$1,200.12** |

### Unsecured Creditor Distribution Estimate

| | | |
|---|---|---|
| 9 | Estimated Total General Unsecured Claims | **$13,583.52** |
| 10 | Forecast % Dividend on General Unsecured Claims (Line 8 divided by line 9) | **8%** |

### Best Interest of Creditors Test

| | | |
|---|---|---|
| 11 | Total Non-Exempt Property | **$0.00** |
| 12 | Total Distributions to Administrative, Priority and General Unsecured Creditors (Line 4 plus line 6 plus line 8 plus any direct payments by Debtor(s) under the Plan in satisfaction of prepetition priority claims) | **$17,897.02** |